UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS HYDE,

    Plaintiff,                                  Case No. 07-12494

v.

                                                       Hon. John Corbett O'Meara

OXFORD COLLECTION AGENCY, INC.,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

On June 11, 2007, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), the Michigan Debt Collection Practices Act, and the Michigan Occupational Code. Plaintiff does not allege that diversity jurisdiction exists. Although Plaintiff's FDCPA claim is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's claims pursuant to the Michigan Debt Collection Practices Act and the Michigan Occupational Code are DISMISSED.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Dated: July 5, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 5, 2007, by electronic and/or ordinary mail.

                                                 <u>s/William Barkholz</u>
                                                 Case Manager